IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY RAY PARKS                                               PLAINTIFF

V.                         No. 5:09CV00346-JLH-BD

BRYAN BEASLEY                                                   DEFENDANT

## RECOMMENDED DISPOSITION

I.  **Procedure for Filing Objections**:

The following recommended disposition has been sent to United States District Court Chief Judge J. Leon Holmes.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommended Disposition.  A copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

**II.     Background**:

On November 9, 2009, Anthony Ray Parks, who at the time was a pretrial detainee at the Dub Brassell Detention Center, filed this lawsuit pro se under 42 U.S.C. § 1983.  Mr. Parks was granted leave to proceed *in forma pauperis* on January 5, 2010.

Mr. Parks's claims against several defendants were dismissed on March 8, 2010 (docket entry #23).  The remaining excessive force claim is against Defendant Bryan Beasley.  Mr. Beasley was served with summons on March 17, 2010, at his last-known address.  Mr. Beasley is no longer employed by the Dub Brassell Detention Center.  Mr. Beasley has not answered or otherwise responded to the Complaint.

In January of 2010, Mr. Parks informed the Court of his new address after release from the Detention Center.  On July 16, 2010, he notified the Court of a second change of address.  Mr. Parks has not pursued his case or contacted the Court since that time.

On February 25, 2011, Mr. Parks was directed to submit a status report to the Court, and a post-release motion to proceed *in forma pauperis,* within 30 days.  Prisoners released from custody are required to up-date their financial status to determine whether they still qualify for *in forma pauperis* status and whether they should be required to pay the balance of the filing fee.  Mr. Parks has not responded to the Court's order, and the time for doing so has passed.  Mr. Parks was notified that if he did not comply with the Court's order, his case could be dismissed.

**III.   Conclusion**:

The Court recommends that the District Court dismiss the case, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's order of February 25, 2011.

DATED this 26th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE