IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY RAY PARKS                                                                    PLAINTIFF

v.                                          No. 5:09CV00346 JLH-BD

BRYAN BEASLEY                                                                        DEFENDANT

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. No objections have been filed by the parties. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be adopted as this Court's findings in all respects.

This case is hereby dismissed, without prejudice, under Local Rule 5.5(c)(2), due to Plaintiff's failure to comply with the Court's order of February 25, 2011.

IT IS SO ORDERED this 16th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE