**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ANTHONY RAY PARKS                                                      PLAINTIFF

v.                                          No. 5:09CV00346 JLH-BD

BRYAN BEASLEY                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 16th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE